**No. 62625.**—Joseph C. Murray & Company *v.* United States, protest 323953–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 62626.**—Wah Chang Corporation *v.* United States, protest 324570–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 62627.**—Globe Importing Co. *v.* United States, protest 324663–K (New York).

Opinion by LAWRENCE, J. An examination of the official papers disclosing that the protest was untimely, the motion to dismiss for lack of prosecution was overruled, and the protest was dismissed as untimely filed.

BEFORE THE THIRD DIVISION, DECEMBER 22, 1958

**No. 62628.**—Ross Products, Inc., et al. *v.* United States, protests 58/2668, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware ashtrays with metal or wire holders and that the issue is the same as that in *James Betesh Import Co.* v. *United States* (40 Cust. Ct. 186, C. D. 1981), the claim of the plaintiffs was sustained.

**No. 62629.**—Originalities of New York, Inc., and J. J. Boll et al. *v.* United States, protests 314510–K (A), etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiffs was sustained.